**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Sharon** <br> First name <br> **Ann** <br> Middle name <br> **Yarosavich** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | **Sharon O'dell** <br> **Sharon Saraka** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-3703** | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

□ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5. Where you live**

**134 Ann Street**
**Pittston, PA 18643**
Number, Street, City, State & ZIP Code

**Luzerne**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

□ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.    How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Middle District of Pennsylvania** | **11/08/01** | **5:01-bk-04569-JJT** |
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.   Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Sharon Ann Yarosavich**                                      Case number *(if known)* _____

**12.** **Are you a sole proprietor of any full- or part-time business?**

☐ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ **No.**

☐ **Yes.**    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

| Debtor 1 | **Sharon Ann Yarosavich** | | Case number *(if known)* |
|---|---|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Sharon Ann Yarosavich**

**Sharon Ann Yarosavich**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on    **December 20, 2019**                        Executed on
MM / DD / YYYY                                              MM / DD / YYYY

| For your attorney, if you are represented by one | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**If you are not represented by an attorney, you do not need to file this page.**

| **/s/ Colleen Metroka, Esq** | Date | **December 20, 2019** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Colleen Metroka, Esq**
Printed name

**Colleen Marie Metroka, Esq.**
Firm name

**120 South Franklin Street**
**Wilkes Barre, PA 18701**
Number, Street, City, State & ZIP Code

Contact phone   **5705924796**                    Email address   **attycoll@gmail.com**

**201232 PA**
Bar number & State

Certificate Number: 15317-PAM-CC-033504625



15317-PAM-CC-033504625

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 3, 2019</u>, at <u>6:21</u> o'clock <u>PM PDT</u>, <u>Sharon A Yarosavich</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Middle District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 3, 2019</u>      By:     <u>/s/Marissa Bartolome</u>

Name: <u>Marissa Bartolome</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sharon Ann Yarosavich** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:      Summarize Your Assets**

|  | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. | $ 126,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $ 21,806.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | $ 147,806.00 |

**Part 2:      Summarize Your Liabilities**

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 131,497.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 93,219.00 |
| **Your total liabilities** | $ 224,716.00 |

**Part 3:      Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $ 3,522.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $ 3,517.00 |

**Part 4:      Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Sharon Ann Yarosavich**                                    Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form         $ _____ **4,415.00**
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 6,398.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 6,398.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Sharon Ann Yarosavich** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | _____ | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**134 Ann Street**
Street address, if available, or other description

**Pittston          PA     18643-0000**
City              State    ZIP Code

**Luzerne**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $67,000.00 | $67,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document      Page 11 of 73

**If you own or have more than one, list here:**

1.2

**423 Liberty Street**

Street address, if available, or other description

**Pittston          PA      18641-0000**

City              State      ZIP Code

**Luzerne**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Surrendering this property**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$57,000.00                      $57,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3

**132 and 132R Ann Street**

Street address, if available, or other description

**Pittston          PA      18643-0000**

City              State      ZIP Code

**Luzerne**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$2,000.00                       $2,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

$126,000.00

---

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No

☐ Yes

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ■ No
    ☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here..........................................................=>

    **$0.00**

---

**Part 3:**  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Microwave, stove, dishwasher, washer/dryer, refrigerator, sewing machine<br>Furniture:  kitchen, living room, 1 bedroom | $2,100.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| Two tvs, cell phone, laptop, printer | $1,250.00 |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ■ Yes.  Describe.....

| Five books & 14 DVD's | $125.00 |
|---|---|

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes.  Describe.....

| Two pair skiis, boots, poles | $1,000.00 |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Wearing Apparel | $575.00 |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Wedding band ($100), engagement ring ($1,000)<br>Fashion jewelry: Two neclaces, three bracelets, 2 watches | $1,325.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Two dogs, one cat | $250.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| |
|---|
| $6,625.00 |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................

| | |
|---|---|
| Pocket Cash | $50.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **On-Line Checking** | **Bank of America** | $50.00 |
| 17.2. | **Savings** | **State Farm Bank** | $150.00 |
| 17.3. | **Checking** | **State Farm Bank** | $250.00 |
| 17.4. | **Checking** | **Bank of America** | $200.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                      Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                      Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                      Type of account:              Institution name:

                      **401(k)**                    **Merrill Lynch - Bank of America**                    $9,969.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document    Page 15 of 73

28. **Tax refunds owed to you**
☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

| Estimated 2019 Fed. Inc. Tax Refund | **Federal** | **$1,049.00** |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| **State Farm Life Insurance** | | **$3,463.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☑ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
☑ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| **$15,181.00** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
| --- | --- |

**53.  Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54.  Add the dollar value of all of your entries from Part 7. Write that number here  ....................................

|  | **$0.00** |
| --- | --- |

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 55. | **Part 1: Total real estate, line 2** .................................................................................... | | **$126,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$6,625.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$15,181.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | +     **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$21,806.00** | Copy personal property total  ▶  **$21,806.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$147,806.00** |

www.benefits.ml.com
FOR ACCOUNT HISTORY, INVESTMENT PERFORMANCE AND MORE

**SUMMARY OF YOUR PLAN**    April 01, 2019 - June 30, 2019

**BANK OF AMERICA** 〰

Bank of America Corporation
YAROSAVICH, SHARON A

**TOTAL AGGREGATE PLAN VALUE**
**$9,968.93**

*Total aggregate plan value of plans displayed on this statement, as calculated according to the terms and conditions of each plan. Value may include 401(k) Plan(s) (including outstanding loans) and Non-Qualified Deferred Compensation Plan(s).*

**IMPORTANT INFORMATION**

The Summary Plan Description and Investment Guide for the Bank of America 401(k) Plan was distributed to you in June of 2019. This document provides information about how your 401(k) benefits and investment choices work, as well as provisions governing the plan. You can review a copy from the Document Library on Benefits OnLine(R) (benefits.ml.com), or request a hard copy by calling the Employee Retirement Savings Center at 800.637.4015.

999807-O
YAROSAVICH, SHARON A
134 ANN STREET
WEST PITTSTON, PA 18643

**401(k) Plan**                        **TOTAL CURRENT VALUE:**            **$9,968.93**

|  | Beginning Balance | Ending Balance | Vested Balance | Cumulative Return % For This Period |
|---|---|---|---|---|
| Bank of America 401(k) Plan | $9,911.73 | $6,049.68 | $5,021.83 | 2.38% |
| Total Outstanding Loans (Included in Total Current Value) |  | 3,919.25 |  |  |

■ **ASSET ALLOCATION**



Allocation
100.00%

| To Contact The Bank of America Employee Retirement Savings Center www.benefits.ml.com (800) 637-4015, 7 AM - 8 PM ET Outside USA: (609) 818-8617 | TDD (Hearing Impaired): (800) 637-1215 |
|---|---|


MERRILL
A BANK OF AMERICA COMPANY

0/23/2049  2019100      1 SUMMARY OF YOUR PLANS



**Joseph P.**
# GILROY
### REAL ESTATE

Est. 1958

SHARON YAROSAVICH

432 LIBERTY STREET
DUPONT, PA. 18641



**230 Wyoming Avenue • Kingston, PA 18704**
**570-288-1444 • Fax: 570-288-1487 • Web: josephpgilroyrealestate.com**



**Joseph P.**
# GILROY
## REAL ESTATE
Est. 1958

SHARON YAROSAVICH

432 LIBERTY STREET

DUPONT , PA. 18641

    I hereby certify that I have not personally inspected the above property on the interior.  I reached my conclusions on market value by comparing the sold comparable properties that were similar, by talking to the owner of the property and reviewing the Luzerne County Tax Records.

    The purpose of this market analysis is to estimate the M

arket Value of this property as of September 14, 2019.  It is my opinion from reviewing the sold comparables that are similar, that the value is:

    FIFTY SEVEN THOUSAND DOLLARS (57,000)

    The value estimate is Market Value and defined as follows: "The price which a well informed buyer, acting intelligently, voluntarily and without necessity would be warranted in paying and a well informed seller, acting intelligently and without necessity would be warranted in accepting".

Respectfully submitted,

*Nancy Answini*

Nancy Answini, GRI

Broker Appraiser

**230 Wyoming Avenue • Kingston, PA 18704**
**570-288-1444 • Fax: 570-288-1487 • Web: josephpgilroyrealestate.com**

Page 2

Sharon Yarosavich

432 Liberty St.

Dupont, Pa. 18641

PROPERTY:                           The property is a two story vinyl sided home probably

                                    Built in early 1920's. The roof is newer and the interior

                                    Needs modernizing. It probably is approximately 1000

                                    Sq. ft. of living space on two floors.

                                    There is a living room, dining room, small eat in kitchen

                                    And a full bath.

                                    Second floor has two bedrooms and there is only a

                                    Storage attic.


BASEMENT:                           The basement is mostly dirt, the electric and plumbing

                                    Is older, but acceptable.

                                    Heat is electric baseboard.


LOT:                                The lot is  41ft. by 77 ft. and has off street parking for

                                    Two cars.  No garage.


SOLD COMPARABLE PROPERTIES FOLLOW:

| | |
|---|---|
| Provided as a courtesy of<br>Nancy Answini<br>Joseph P. Gilroy Real Estate<br>230 Wyoming Ave., Suite 5<br>Kingston, PA 18704<br>Office - (570) 288-1444<br>Cell phone - (570) 237-5999<br>nancyanswini@yahoo.com | **List Number** 18-2716<br>**Status** Closed<br>**MLS Area** Pittston<br>**Municipality** Pittston City<br>**County** Luzerne<br>**Develop/Subdivision** None<br>**School District** Pittston<br>**PIN#** 72-E11NE2-019-011-000<br>**DB/Record Book** 3007<br>**Page** 167222<br>**Zoning** Residential |


©2018 Property of GAR

| | | | |
|---|---|---|---|
| **Price** | $ 64,999 | **Lot/Land Dimensions** | 39 X 50 |
| **Prop Type** | Residential | **Acres +/-** | |
| **Style** | 2 Story | **Acre Range** | |
| **Rooms** | 5 | **County Assessment** | $ 20,400 |
| **Bedrooms** | 3 | **Total City Assmnt** | 65,000.00 |
| **Tot Baths** | 1 | **Est County Tax** | $ 37,346 |
| **Full Bath** | 1 | **Est Muni Tax** | $ 445.25 |
| **Half Baths** | 0 | **Est School Tax** | $ 942.43 |
| **3/4 Baths** | 0 | **Est Total Tax** | $ 1,761.14 |
| **Tot SF Fin AG +/-** | 1,029 | **Bank Owned/REO** | No |
| **Tot SF Fin BG +/-** | 0 | | |
| **Apx Tot SF** | 1,029 | | |
| **Est Age** | 76 - 100 Yrs | | |
| **Year Built** | 1950 | | |
| **Gar Type** None **Stalls** 0 | | | |

**Address:** 34 Washington Terrace , Pittston , PA 18640

| | |
|---|---|
| **Condition:** Very Good<br>**Exterior:** Vinyl<br>**Basement:** Full Unfinished<br>**Interior Finish:** Drywall<br>**Kitchen/Dining Area:** Eat-In Kitchen | **Water:** Public<br>**Sewer:** Public<br>**Heat Fuel Type:** Oil<br>**Heat Type:** Steam<br>**AC Type:** Wall Unit AC<br>**Driveway:** None |

| Room Name | Lvl | Dimensions | Room Name | Lvl | Dimensions |
|---|---|---|---|---|---|
| Kitchen | 1 | 12 x 10 | Master Bath | 1 | 12 x 6 |
| Master Bedroom | 1 | 12 x 10 | | | |
| Bedroom 2 | 2 | 16 x 9 | | | |
| Bedroom 3 | 2 | 13 x 12 | | | |

**Included:** Electric Oven/Range, Microwave, refrigerator

**Public Remarks:** Completely updated starter or Investment 3 Bedroom home in Pittston. Enter through the welcoming front porch then into the Living Room and completely remodeled Kitchen. First Bedroom is on the Lower Level and two spacious Bedrooms upstairs. Both with ample closet space.

**Directions:** Pittston by-pass to left on William Street to right onLaurel. Make a left on Center then a left on Rock. Make a Left on Washington Terr. Go approximately 4 blocks. Look for sign.

**Showing Instructions:** Contact Showing Service - See Remarks

| | | | |
|---|---|---|---|
| **Owner(s) Full Name** | Lorie and William Hadley | **List Date** 06/05/2018 | **Orig. Price** $ 74,999 |
| **Agent Owned** N | | **End Date** | **Sold Price** $ 65,000 — 3900 |
| **Buyer Exclsn** N | | **Stat Chg Dt** 04/25/2019 | **Sold Date** 04/25/2019  61,100 |
| **3rd Party/REO Owner** | Not Applicable | | **DOM** 279 |
| | | | **Under Contract Date** 03/11/2019 |
| | | | **How Sold** FHA |
| | | **Concession Type:** Seller CC Assist | |
| | | **Concession Amount:** 3,900 | |

| | | | | |
|---|---|---|---|---|
| **Buy Agt** Y | **BA Comm** 1500.00 | **D/V Rate** N | **LA:** Joseph Guglielmo Office : (570) 269-2199 |
| **Sub Agt** N | **SA Comm** 0.00 | **Trans Agt** N | **LO:** Keller Williams Scranton Wilkes-Barre Office : (570) 585-5800 |
| **TA Comm** 0.00 | **Comm Based On** Gross Sale Price | | **SA:** Team Jesicca Skoloda Office : (570) 237-0463 ext. 5702370463 |
| **Limited Service:** No | | | **SO:** Classic Properties Kingston Other Phone : (570) 718-4959 |

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Nancy Answini on Tuesday, September 10, 2019 11:39 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

*Provided as a courtesy of*
Nancy Answini
Joseph P. Gilroy Real Estate
230 Wyoming Ave., Suite 5
Kingston, PA 18704
Office - (570) 288-1444
Cell phone - (570) 237-5999
nancyanswini@yahoo.com

| | | | | |
|---|---|---|---|---|
| List Number | 18-6282 |
| Status | Closed |
| MLS Area | Pittston |
| Municipality | Avoca Boro |
| County | Luzerne |
| Develop/Subdivision | None |
| School District | Pittston |
| PIN# | 02-D12SE2-009-000 |
| DB/Record Book | 3011 |
| Page | 165560 |
| Zoning | Residential |
| Lot/Land Dimensions | 28x150 |
| Acres +/- | |
| Acre Range | |
| County Assessment | $ 70,600 |
| Total City Assmnt | 0.00 |
| Est County Tax | $ 422 |
| Est Muni Tax | $ 163 |
| Est School Tax | $ 1,129 |
| Est Total Tax | $ 1,713 |
| Bank Owned/REO: | No |



| | |
|---|---|
| Price | $ 51,900 |
| Prop Type | Residential |
| Style | 2 Story |
| Rooms | 5 |
| Bedrooms | 3 |
| Tot Baths | 2 |
| Full Bath | 1 |
| Half Baths | 1 |
| 3/4 Baths | 0 |
| Tot SF Fin AG +/- | 1,800 |
| Tot SF Fin BG +/- | 0 |
| Apx Tot SF | 1,800 |
| Est Age | 76 - 100 Yrs |
| Year Built | 1930 |
| Gar Type | Other - See Remarks Stalls 0 |

**Address:** 732 Main Street , Avoca , PA 18641

| | |
|---|---|
| **Condition:** Very Good | **Water:** Public |
| **Exterior:** Aluminum; Brick | **Sewer:** Public |
| **Basement:** Concrete Floor; Full Unfinished | **Heat Fuel Type:** Gas |
| **Interior Finish:** Drywall; Plaster | **Heat Type:** Steam |
| **Kitchen/Dining Area:** Eat-In Kitchen; Ordinary | **AC Type:** Wall Unit AC |
| | **Driveway:** Alley |

| Room Name | Lvl | Dimensions | Room Name | Lvl | Dimensions |
|---|---|---|---|---|---|
| Living Room | 1 | 13 x 22 | 1/2 Bath | 1 | 4 x 7 |
| Kitchen | 1 | 16 x 18 | Full Bath | 2 | 10 x 7.5 |
| Master Bedroom | 2 | 14 x 16.5 | | | |
| Bedroom 2 | 2 | 12 x 8 | | | |
| Bedroom 3 | 2 | 12 x 12.5 | | | |

**Amenities:** Ceiling Fans; Porch
**Included:** Window treatments, blinds
**Excluded:** Refrigerator
**Public Remarks:** Are you home shopping for a great bargain? You found it! This move in ready home offers beautiful woodwork throughout and has multiple heating options as well as recent renovations from the kitchen to a new chimney! Lots of upgrades and at 1800 square foot the rooms are quite spacious. The living room entrance offers rare pocket doors in prime condition and so much more! .......
**Directions:** On Main St in Avoca across the street from Colarusso's. To access parking, turn right onto Hawthorne going south on Main. Turn left into the alley.
**Private Remarks:** *All escrow deposits are to be in the form of cashier's check.* *All measurements are approx.*
**Showing Instructions:** Sign On Property; Appointment Only; Supra Lock Box; Call Listing Agent; Vacant

| | | | | |
|---|---|---|---|---|
| Owner(s) Full Name | Paul and Gail Bendowski | List Date | 11/29/2018 | Orig. Price: $ 51,900 |
| Agent Owned | N | End Date | | Sold Price $ 54,000 -3 240 |
| Buyer Exclsn | N | Stat Chg Dt | 04/17/2019 | Sold Date 04/17/2019 |
| 3rd Party/REO Owner | Not Applicable | | | DOM 111 |
| | | | | Under Contract Date 03/20/2019 |
| | | | | How Sold FHA |

50.760

| | |
|---|---|
| Concession Type: | Seller CC Assist |
| Concession Amount: | 3,240 |

| | | | | | |
|---|---|---|---|---|---|
| Buy Agt | Y | BA Comm | 3.00 | D/V Rate | N | LA: Scott Klitzner Mobile : +1(570) 991-5858 |
| Sub Agt | N | SA Comm | 3.00 | Trans Agt | N | LO: Keller Williams Scranton/Wilkes-Barre Office : (570) 585-5800 |
| TA Comm | 0.00 | Comm Based On | Net Sale Price | | | SA: Antonio DeRosa Mobile : (570) 262-7652 |
| Limited Service: No | | | | | | SO: Lewith & Freeman, Mountaintop Office : (570) 474-9801 |

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Nancy Answini on Tuesday, September 10, 2019 11:39 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

| | |
|---|---|
| **Provided as a courtesy of**<br>Nancy Answini<br>Joseph P. Gilroy Real Estate<br>230 Wyoming Ave., Suite 5<br>Kingston, PA 18704<br>Office - (570) 288-1444<br>Cell phone - (570) 237-5999<br>nancyanswini@yahoo.com | **List Number** 18-1305<br>**Status** Closed<br>**MLS Area** Pittston<br>**Municipality** Duryea Boro<br>**County** Luzerne<br>**Develop/Subdivision** None<br>**School District** Pittston |



©2018 Property of LCAR

| | | | | |
|---|---|---|---|---|
| **Price** | $ 69,900 | **PIN#** | 14-D12NE3-010-001-000 | |
| **Prop Type** | Residential | **DB/Record Book** | 3007 | |
| **Style** | 2 Story | **Page** | 311557 | |
| **Rooms** | 7 | **Zoning** | Residential | |
| **Bedrooms** | 3 | **Lot/Land Dimensions** | 70x144 | |
| **Tot Baths** | 2 | **Acres +/-** | 0.23 | |
| **Full Bath** | 1 | **Acre Range** | | |
| **Half Baths** | 1 | **County Assessment** | $ 90,600 | |
| **3/4 Baths** | 0 | **Total City Assmnt** | 90,600.00 | |
| **Tot SF Fin AG +/-** | 2,156 | **Est County Tax** | $ 541 | |
| **Tot SF Fin BG +/-** | 0 | **Est Muni Tax** | $ 145 | |
| **Apx Tot SF** | 2,156 | **Est School Tax** | $ 1,403 | |
| **Est Age** | 100 Plus Yrs | **Est Total Tax** | $ 2,089 | |
| **Year Built** | | **Bank Owned/REO?** | No | |
| **Gar Type** Detached **Stalls** 2 | | | | |

**Address: 1236 Main Street , Avoca , PA 18641**

| | |
|---|---|
| **Architecture:** Victorian<br>**Condition:** Good<br>**Exterior:** Aluminum<br>**Roof:** Comp Shingle<br>**Basement:** Concrete Floor; Dirt Floor; Full Unfinished<br>**Ext Bsmt Access:** Standard Entry Door<br>**Interior Finish:** Paneling<br>**Kitchen/Dining Area:** Eat-In Kitchen; Formal Dining Room; Old Kitchen | **Water:** Public<br>**Sewer:** Public<br>**Heat Fuel Type:** Oil<br>**Heat Type:** Hot Water Radiator<br>**AC Type:** None<br>**Hot Water Heater:** Htd By Boiler/Frnace<br>**Lot Description:** Corner<br>**Driveway:** Private |

| Room Name | Lvl | Dimensions | Room Remarks | Room Name | Lvl | Dimensions | Room Remarks |
|---|---|---|---|---|---|---|---|
| Living Room | 1 | 18 x 12 | HW FLOORS, FRENCH DOORS | 1/2 Bath | 1 | 5 x 4 | SEMI MODERN |
| Dining Room | 1 | 13 x 18 | HW FLOORS, POCKET DOORS | Full Bath | 2 | 6 x 8 | OLD |
| Kitchen | 1 | 13 x 14 | OLD, 6X11 PANTRY | | | | |
| Family Room | 1 | 13 x 14 | HW FLOORS | | | | |
| Bedroom 1 | 2 | 15 x 12 | HW FLOORS | | | | |
| Bedroom 2 | 2 | 14 x 13 | HW FLOORS, DOUBLE CLOSET | | | | |
| Bedroom 3 | 2 | 12 x 15 | HW FLOORS, CLOSET, ATTIC W/UP | | | | |

**Amenities:** Hardwood Floors; Porch

**Included:** Stove, refrigerator, as is

**Public Remarks:** Large home with HW floors throughout and original woodwork. 3 BR, 1 1/2 baths. Home needs updating and being sold AS-IS. Detached garage, corner lot, walk up attic.

**Directions:** Rt. 315 turn onto Main St. Avoca, home is on corner of Main & Hope.

**Private Remarks:** FHA & VA financing will be an issue. Roof looks to be at end of life. Lock box on back door. Avoca address, but in 5th Ward of Duryea. Call or text Colleen for showings 570-237-0415

**Showing Instructions:** Sign On Property; Supra Lock Box; Call Listing Agent

| | | | | | |
|---|---|---|---|---|---|
| **Owner(s) Full Name** | Estate of Donald Hastie | **List Date** | 03/27/2018 | **Orig. Price:** | $ 79,900 |
| **Agent Owned** | N | **End Date** | | **Sold Price** | $ 55,000 |
| **Buyer Exclsn** | N | **Stat Chg Dt** | 11/15/2018 | **Sold Date** | 11/15/2018 |
| **3rd Party/REO Owner** | Not Applicable | **Contingent** | N | **DOM** | 181 |
| | | | | **Under Contract Date** | 09/24/2018 |
| | | | | **How Sold** | Conventional |
| | | **Concession Type:** None | | | |
| | | **Concession Amount:** 0 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Buy Agt** | Y | **BA Comm** | 3.00 | **D/V Rate** | N | **LA:** Colleen A. Turant, ABR Office : (570) 237-0415 |
| **Sub Agt** | N | **SA Comm** | 0.00 | **Trans Agt** | N | **LO:** J.J. Mantione Appraisal and Realty Group,Inc Office : (570) 613-9080 |
| **TA Comm** | 0.00 | **Comm Based On** | Net Sale Price | | | **SA:** Amy Kiesinger- Bohenek, ABR, Assoc Brkr, SRS Mobile : (570) 313-1203 |
| **Limited Service:** No | | | | | | **SO:** Realty Network Group Office : (570) 585-6880 |

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Nancy Answini on Tuesday, September 10, 2019 11:39 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.



SHARON YAROSAVICH
134 ANN STREET
WEST PITTSTON,  PA.  18634





## Joseph P. GILROY REAL ESTATE

Est. 1958

SHARON YAROSAVICH

134 ANN STREET

WEST PITTSTON, PA. 18634

I hereby certify that I have not personally inspected the above property on the interior. I reached my conclusions on market value by comparing the sold comparable properties that were similar, by talking to the owner of the property, doing a drive by inspection of the exterior of the property, and reviewing the Luzerne County Tax Records.

The purpose of this market analysis is to estimate the Market Value of this property as of September 14, 2019. It is my opinion from reviewing the sold comparables that are similar, that value is

SIXTY SEVEN THOUSAND DOLLARS ($67,000)

The value estimate is Market Value and defined as follows: "The price which a well informed buyer, acting intelligently, voluntarily and without necessity would be warranted in paying and a well informed seller, acting intelligently and without necessity would be warranted in accepting".

Respectfully submitted,

*Nancy Answini*

Nancy Answini, GRI

Associate Broker

Page 2

Sharon Yarosavich

134 Ann Street

West Pittston, Pa. 18643


PROPERTY: This home is a two story aluminum sided home with an old roof.

It was probably built in the early 1900's. It appears to have

About 1400 sq. ft. of living space on two floors. The home has

Two units, one home on first and a small apt. on second floor.

First unit is a two story . First floor has a livingroom, dining

Room, kitchen and small full bath and laundry area.

Second floor has two bedrooms with no closets, a small room

And a hall closet.


The second unit is on second floor and has a living room, a small

Bedroom, kitchen and small full bath.


BASEMENT: Basement is dirt and is only partially dug out,.

The heat is oil in the first unit and electric heat in apartment.

LOT: Lot size is 25 ft. x 170 ft.. It has parking for two cars off street

There is no garage.


SOLD COMPARABLE PROPERTIES FOLLOW:

| | | |
|---|---|---|
| *Provided as a courtesy of*<br>Nancy Answini<br>Joseph P. Gilroy Real Estate<br>230 Wyoming Ave., Suite 5<br>Kingston, PA 18704<br>Office – (570) 288-1444<br>Cell phone - (570) 237-5999<br>nancyanswini@yahoo.com | *comp #1* | |

| | | |
|---|---|---|
| **List Number** | 19-4160 | |
| **Status** | Closed | |
| **MLS Area** | West Pittston-Exeter-Wyoming-Exeter Twp | |


©2019 Property of LCAR

| | | | |
|---|---|---|---|
| **List Price** | $ 89,900 | **Municipality** | West Pittston Boro |
| **Property Type** | MultiFamily | **County** | Luzerne |
| **Style** | Double (Side x Side) | **Subdivision** | None |
| **# Units** | 2 | **School District** | Wyoming |
| **Total SF** | 2,508 | **Tax Year** | |
| **Year Built** | 1910 | **PIN #** | E11NE400509A |
| **Est Age Range** | 76 - 100 Yrs | **DB/Record Book** | 3015 |
| **Garage Type** | None | **Page** | 227650 |
| **Garage Stalls** | 0 | **Zoning** | Residential |
| **Parking** | Off-Street | **Total County Assmnt** | $ 83,800 |
| **# Spaces off-Street** | 4 | **Total City Assmnt** | 0.00 |
| **Lot Size** | 50x45x50x48x43x50x50x44 | **Est County Tax** | $ 405.13 |
| | | **Est Muni Tax** | $ 288.22 |
| | | **Est School Tax** | $ 1,370.25 |
| | | **Est Total Tax** | $ 2,156.22 |
| | | **Bank Owned/REO:** | No |

**Address:** 310 Blackman Street , West Pittston , PA 18643

| | | |
|---|---|---|
| **Condition:** Good<br>**Exterior:** Vinyl<br>**Interior Finish:** Drywall; Plaster<br>**Roof:** Comp Shingle<br>**Basement:** Concrete Floor; Full Unfinished<br>**Water:** Public<br>**Sewer:** Public | **Heat Fuel Type:** Gas<br>**Heat Type:** Radiant; Steam<br>**AC Type:** Window Units<br>**Appliances:** # Dishwashers: 1; # Ranges: 2; # Refrigerators: 2; # Microwave: 1<br>**MF Amenities:** Porch | **Expenses: Annual Gross Income:** 6,000<br>**Annual Electric Exp:** 0<br>**Annual Gas Exp:** 0<br>**Annual Othr Fuel Exp:** 0<br>**Annual Water Exp:** 0<br>**Annual Sewer Exp:** 250<br>**Annual Real Est Tax:** 2,200<br>**Annual Fire/Liability:** 1,500<br>**Annual Flood Ins:** 2,000<br>**Annual Lawn Maint.:** 0<br>**Annual Snow Removal:** 0<br>**Annual Other Misc:** 0<br>**Total Annl Expenses:** 5,000<br>**Anl Net Inc b/4 Debt:** 6,000 |

**Exclude**

**Include**#310 : gas stove, microwave, refrigerator #312: refrigerator, elect stove, micro, dishwasher,

**Public Remarks:** Nice Double in quiet area. OSP. Low yard maintenance. Good investment property.

**Directions:** Wyoming Ave., WP to Luzerne Ave. Turn onto Race St, then left on Excelsior. Property on right. Blackman is a one way. .

**Private Remarks:** Sqft approximate. 2 parcels . 1 deed. Total taxes include both parcels.

**Showing Instructions:** 24 Hour Notice; Appointment Only; Call Agent; Owner Occupied; Sign On Property

| Unit # | Approx SF | # Rooms | Monthly Rent | # Bedrooms | Kitchen Style | # Baths | Lease | Heat in Rent | Hot Water in Rent | Electric in Rent | Water in Rent | Sewer in Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 310 | 1254 | 7 | 0.00 | 3 | Modern | 2 | N | N | N | N | N | N |
| 312 | 1254 | 7 | 0.00 | 3 | Modern | 2 | N | N | N | N | N | N |

| | | | | | |
|---|---|---|---|---|---|
| **Owner(s) Full Name** | Sharon Griffin and Frank Vargas | **Begin Date** | 07/29/2019 | **Original List Price** $ 89,900 | **Concession Amount:** 0 |
| **Agent Owned** | N | **End Date** | | **Sold Price** $ 71,300 | **Concession Type:** None |
| **Buyers Exclusions** | N | **Status Change Date** | 08/02/2019 | **Sold Date** 07/31/2019 | |
| **3rd Party/REO Owner** | Not Applicable | | | **Days On Market** 0 | |
| | | | | **Finance** Home Equity | |
| | | | | **Under Contract Date** 07/29/2019 | |

| | | | | |
|---|---|---|---|---|
| **Buy Agt** | Y | **BA Comm** 3.00 | **D/V Rate** N | **LA:** Ellen Rudis Voice : (570) 430-7063 |
| **Sub Agt** | N | **SA Comm** 0.00 | **D/V Rate** N | **LO:** Classic Properties Kingston Other Phone : (570) 718-4959 |
| **Trans Agt** | N | **TA Comm** 0.00 | **D/V Rate** N | **SA:** Jonathan J. Nelson Mobile : (570) 793-3539 |
| **Comm Based On** | Net Sale Price | | | **SO:** Century 21 Signature Properties Office : (570) 675-5100 |

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Nancy Answini on Tuesday, September 10, 2019 12:44 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

| | |
|---|---|
| *Provided as a courtesy of*<br>Nancy Answini<br>Joseph P. Gilroy Real Estate<br>230 Wyoming Ave., Suite 5<br>Kingston, PA 18704<br>Office - (570) 288-1444<br>Cell phone - (570) 237-5999<br>nancyanswini@yahoo.com | *comp# 2* |


©2018 Property of LCAR

| | |
|---|---|
| **List Price** | $ 83,900 |
| **Property Type** | MultiFamily |
| **Style** | Double (Side x Side) |
| **# Units** | 2 |
| **Total SF** | 2,220 |
| **Year Built** | |
| **Est Age Range** | 100 Plus Yrs |
| **Garage Type** | |
| **Garage Stalls** | |
| **Parking** | Off-Street |
| **# Spaces off-Street** | |
| **Lot Size** | .05 |

| | |
|---|---|
| **List Number** | 18-6162 |
| **Status** | Closed |
| **MLS Area** | West Pittston-Exeter-Wyoming-Exeter Twp |
| **Municipality** | West Pittston Boro |
| **County** | Luzerne |
| **Subdivision** | None |
| **School District** | Wyoming |
| **Tax Year** | |
| **PIN #** | 65-E11NE1-022-018-000 |
| **DB/Record Book** | 03008 |
| **Page** | 059454 |
| **Zoning** | Multi-Family |
| **Total County Assmnt** | $ 95,700 |
| **Total City Assmnt** | 0.00 |
| **Est County Tax** | $ 571.85 |
| **Est Muni Tax** | $ 331.12 |
| **Est School Tax** | $ 1,574.23 |
| **Est Total Tax** | $ 2,477.20 |
| **Bank Owned/REO:** | No |

**Address:** 114-116 Carpenter Street , West Pittston , PA 18643

| | | |
|---|---|---|
| **Condition:** Good<br>**Exterior:** Vinyl<br>**Interior Finish:** Drywall; Paneling; Plaster<br>**Roof:** Comp Shingle<br>**Basement:** Concrete Floor<br>**Water:** Public<br>**Sewer:** Public<br>**Hot Water Heater:** Electric | **Heat Fuel Type:** Gas<br>**Heat Type:** Electric Baseboard; Forced Air; Hot Water Baseboard<br>**AC Type:** None<br>**Appliances: # Ranges:** 1 | **Expenses: Annual Gross Income:** 0<br>**Annual Electric Exp:** 0<br>**Annual Gas Exp:** 0<br>**Annual Othr Fuel Exp:** 0<br>**Annual Water Exp:** 0<br>**Annual Sewer Exp:** 0<br>**Annual Real Est Tax:** 2,477.20<br>**Annual Fire/Liability:** 0<br>**Annual Flood Ins:** 0<br>**Annual Lawn Maint.:** 0<br>**Annual Snow Removal:** 0<br>**Annual Other Misc:** 0<br>**Total Annl Expenses:** 0<br>**Anl Net Inc b/4 Debt:** 0 |

**Exclude**
**Include**

**Public Remarks:** Nice two family with 3br on one side and 2 br on the other, freshly painted, all separate utilities , off street parking,
**Directions:** Travel N on Wyoming Ave., L on Luzerne Ave, L on Linden St, R on Carpenter.
**Showing Instructions:** Appointment Only; Call Agent; Supra Lock Box; Sign On Property; Vacant

| Unit # | Approx SF | # Rooms | Monthly Rent | # Bedrooms | Kitchen Style | # Baths | Lease | Heat in Rent | Hot Water in Rent | Electric in Rent | Water in Rent | Sewer in Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 1100 | 6 | 0.00 | 3 | Semi-Modern | 1 | N | N | N | N | N | Y |
| 116 | 1100 | 5 | 0.00 | 2 | Modern | 1 | N | N | N | N | N | Y |

| | | |
|---|---|---|
| **Owner(s) Full Name** | Justin Yadlosky and Laura Brown | |
| **Agent Owned** | N | |
| **Buyers Exclusions** | N | |
| **3rd Party/REO Owner** | Not Applicable | |
| **Begin Date** | 11/20/2018 | |
| **End Date** | | |
| **Status** | 03/11/2019 | |
| **Change Date** | | |
| **Original List Price** | $ 89,900 | |
| **Sold Price** | $ 63,000 | |
| **Sold Date** | 03/11/2019 | |
| **Days On Market** | 74 | |
| **Finance** | Conventional | |
| **Under Contract Date** | 02/02/2019 | |
| **Concession Amount:** 0 | | |
| **Concession Type:** None | | |

| | | | | | |
|---|---|---|---|---|---|
| **Buy Agt** | N | **BA Comm** | 3.00 | **D/V Rate** | N |
| **Sub Agt** | N | **SA Comm** | 0.00 | **D/V Rate** | N |
| **Trans Agt** | N | **TA Comm** | 0.00 | **D/V Rate** | N |
| **Comm Based On** | Gross Sale Price | | | | |

**LA:** Lu-Ann Sperrazza Office : (570) 430-4730
**LO:** Atlas Realty, Inc Office : (570) 829-6200
**SA:** Rick Gaetano Office : (570) 715-7735
**SO:** Century 21 Smith Hourigan Group - Mountaintop Office : (570) 474-6307

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Nancy Answini on Tuesday, September 10, 2019 12:44 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Provided as a courtesy of
Nancy Answini
Joseph P. Gilroy Real Estate
230 Wyoming Ave., Suite 5
Kingston, PA 18704
Office - (570) 288-1444
Cell phone - (570) 237-5999
nancyanswini@yahoo.com

*Comp # 3*


©2018 Property of LOAR

| | | | |
|---|---|---|---|
| List Price | $ 89,900 | List Number | 18-4617 |
| Property Type | MultiFamily | Status | Closed |
| Style | Double (Side x Side) | MLS Area | West Pittston-Exeter-Wyoming-Exeter Twp |
| # Units | 2 | Municipality | West Pittston Boro |
| Total SF | 2,532 | County | Luzerne |
| Year Built | | Subdivision | None |
| Est Age Range | 76 - 100 Yrs | School District | Wyoming |
| Garage Type | None | Tax Year | 2018 |
| Garage Stalls | 0 | PIN # | 65-E11NE4-003-022 |
| Parking | On-Street | DB/Record Book | 3018 |
| # Spaces off-Street | | Page | 140220 |
| Lot Size | 50 x 122 | Zoning | Residential |
| | | Total County Assmnt | $ 89,600 |
| | | Total City Assmnt | 89,600.00 |
| | | Est County Tax | $ 535.40 |
| | | Est Muni Tax | $ 310.02 |
| | | Est School Tax | $ 1,473.88 |
| | | Est Total Tax | $ 2,319.30 |
| | | Bank Owned/REO: | No |

**Address:** 110 Delaware Avenue , West Pittston , PA 18643

| | | |
|---|---|---|
| **Condition:** Good | **Heat Fuel Type:** Gas | **Expenses: Annual Gross Income:** 14,400 |
| **Exterior:** Asbestos | **Heat Type:** Forced Air | Annual Electric Exp: 0 |
| **Interior Finish:** Plaster | **AC Type:** None | Annual Gas Exp: 0 |
| **Roof:** Comp Shingle | **Appliances:** # Ranges: 2; # Refrigerators: 2 | Annual Othr Fuel Exp: 0 |
| **Basement:** Concrete Floor | **MF Amenities:** Porch | Annual Water Exp: 0 |
| **Water:** Public | | Annual Sewer Exp: 940 |
| **Sewer:** Public | | Annual Garbage Remvl: 0 |
| **Hot Water Heater:** Gas | | Annual Real Est Tax: 2,319 |
| | | Annual Fire/Liabilty: 1,039 |
| | | Annual Flood Ins: 0 |
| | | Annual Lawn Maint.: 0 |
| | | Annual Snow Removal: 0 |
| | | Annual Other Misc: 0 |
| | | Total Annl Expenses: 4,252 |
| | | Anl Net Inc b/4 Debt: 14,400 |

**Exclude** Tenants personal property
**Include** 2-Ranges & 2-Refrigerators

**Public Remarks:** Excellent investment property with long-term rental history, 112 Delaware occupant has been in-place for 30+ years! This well-maintained 2-Family home features 3 bedrooms/1-bath on each side and sits on a lovely tree-lined street. Home has never been flooded! Live on one side and have the other side pay your mortgage!
**Directions:** Wyoming Avenue to Right on Delaware Avenue. Home will be on the right.
**Private Remarks:** Back on the Market due to Buyer Financing! Tenant occupied. Please allow 24-hour notice for all showings. All measurements are approximate.

**Showing Instructions:** 24 Hour Notice; Appointment Only; Call Agent; Supra Lock Box; Sign On Property; Tenant Occupied

| Unit # | Approx SF | # Rooms | Monthly Rent | # Bedrooms | Kitchen Style | # Baths | Lease | Heat in Rent | Hot Water in Rent | Electric in Rent | Water in Rent | Sewer in Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 1260 | 6 | 700.00 | 3 | Modern | 1 | Y | N | N | N | N | Y |
| 112 | 1260 | 6 | 500.00 | 3 | Semi-Modern | 1 | N | N | Y | N | N | N |

| | | | | |
|---|---|---|---|---|
| **Owner(s) Full Name** | JD Aritz Enterprises LLC | **Begin Date** 08/31/2018 | **Original List Price** $ 92,000 | **Concession Amount:** 0 |
| **Agent Owned** N | | **End Date** | **Sold Price** $ 65,000 | **Concession Type:** None |
| **Buyers Exclusions** N | | **Status** 02/05/2019 | **Sold Date** 02/05/2019 | |
| **3rd Party/REO Owner** Not Applicable | | **Change Date** | **Days On Market** 143 | |
| | | | **Finance** Cash | |
| | | | **Under Contract Date** 01/21/2019 | |

| | | | | |
|---|---|---|---|---|
| **Buy Agt** Y | **BA Comm** 2.50 | **D/V Rate** N | **LA:** Joyce Jones, ABR Mobile : (570) 814-5297 | |
| **Sub Agt** Y | **SA Comm** 2.50 | **D/V Rate** N | **LO:** Berkshire Hathaway HomeServices Poggi, REALTORS Other Phone : (570) 283-9100 | |
| **Trans Agt** Y | **TA Comm** 0.00 | **D/V Rate** N | | |
| **Comm Based On** Net Sale Price | | | **SA:** Maria Whiteduck Mobile : (570) 954-0144 **SO:** Classic Properties Kingston Other Phone : (570) 718-4959 | |

Information is deemed to be reliable, but is not guaranteed. © 2019 MLS and FBS. Prepared by Nancy Answini on Tuesday, September 10, 2019 12:44 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.



**Joseph P.**
# GILROY
## REAL ESTATE

Est. 1958

SHARON YAROSAVICH
132 ANN STREET
WEST PITTSTON, PA. 18634



**230 Wyoming Avenue • Kingston, PA 18704**
**570-288-1444 • Fax: 570-288-1487 • Web: josephpgilroyrealestate.com**

SHARON YAROSAVICH

132 and 134 Ann Street

West Pittston,  Pa.  18634

I hereby certify that I have done a drive by inspection of the property,  I have talked to the owner of the property and reviewed the Luzerne County Tax records to reach my conclusions on market value for this property.

The purpose of this market analysis is to estimate the Market Value of this property as of September 14, 2019.  It is my opinion from reviewing the minimal sold vacant lots that were similar, that the value is:

TWO THOUSAND DOLLARS ($2,000)

The value estimate is Market Value and defined as follows: "The price which a well informed buyer, acting intelligently, voluntarily and without necessity would be warranted in paying and a well informed seller, acting intelligently and without necessity would be warranted in accepting".

Respectfully submitted,

Nancy Answini, GRI

Broker Appraiser

Page 2
Sharon Yarosavich
132 and 134 Ann Street
West Pittston, Pa. 18634

This property is a cleared lot on in the Boro of West Pittston.

There are two separate parcels, a front and a rear property. There used to be a home on this

Land and was destroyed in a fire. It has since been cleared and has remained vacant.

The owner tells me that West Pittston deemed unbuildable. It is only of value to the owner of the

Property next door which is 134 Ann Street.

There are utilities that are available, but this property has no comparable properties to compare it to.

The home was on the market in 2018 for $8,000 and the seller bought it for $2,000, therefore I am going

To value said property at $2,000.

Respectfully submitted,

Nancy Answini, GRI

Broker appraiser



## Life Policy Information

| | |
|---|---|
| Policy number | LF-3675-8314 |
| Principal Insured | SHARON YAROSAVICH |
| Plan | Universal Life-Option 1 |
| Policy record status | Premium Paying |
| Policy date | Age 16, 2016 |
| Address | 134 ANN STAVE<br>W PITTSTON, PA 18643 |

Show all | Hide all

### Coverage

#### Basic Plan

| | |
|---|---|
| Basic amount | $50,000.00 |
| Effective date | Apr 16, 2016 at age 42 |
| Plan | Universal Life-Option 1 |

**No Benefits Present**

**No Riders Present**

### Customer

### Billing

### Values

#### UL Account Value

| | |
|---|---|
| Total account value | $3,462.21 as of Oct 28, 2019 |
| Total surrender charge | $648.00 |

#### Premium

| | |
|---|---|
| Current year total paid | $700.00 |
| Total paid | $4,300.00 |
| Current year net paid | $651.00 |
| Total net paid | $3,999.00 |

| Debtor 1 | **Sharon Ann Yarosavich** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt        **4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you list on *Schedule A/B* that you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **134 Ann Street Pittston, PA 18643 Luzerne County** Line from *Schedule A/B*: **1.1** | **$67,000.00** | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **132 and 132R Ann Street Pittston, PA 18643  Luzerne County** Line from *Schedule A/B*: **1.3** | **$2,000.00** | ■ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Microwave, stove, dishwasher, washer/dryer, refrigerator, sewing machine Furniture:  kitchen, living room, 1 bedroom** Line from *Schedule A/B*: **6.1** | **$2,100.00** | ■ $2,100.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Two tvs, cell phone, laptop, printer** Line from *Schedule A/B*: **7.1** | **$1,250.00** | ■ $1,250.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Five books & 14 DVD's** Line from *Schedule A/B*: **8.1** | **$125.00** | ■ $125.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document      Page 35 of 73

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Two pair skiis, boots, poles**<br>Line from *Schedule A/B*: **9.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $575.00 | ■ $575.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Wedding band ($100), engagement ring ($1,000)**<br>**Fashion jewelry: Two neclaces, three bracelets, 2 watches**<br>Line from *Schedule A/B*: **12.1** | $1,325.00 | ■ $1,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Two dogs, one cat**<br>Line from *Schedule A/B*: **13.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Pocket Cash**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **On-Line Checking: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings: State Farm Bank**<br>Line from *Schedule A/B*: **17.2** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: State Farm Bank**<br>Line from *Schedule A/B*: **17.3** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: Bank of America**<br>Line from *Schedule A/B*: **17.4** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **401(k): Merrill Lynch - Bank of America**<br>Line from *Schedule A/B*: **21.1** | $9,969.00 | ■ $9,969.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| **Federal: Estimated 2019 Fed. Inc. Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $1,049.00 | ■ $1,049.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **State Farm Life Insurance**<br>Line from *Schedule A/B*: **31.1** | $3,463.00 | ■ $6,463.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sharon Ann Yarosavich** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |

| 2.1 | **Mr. Cooper** | Describe the property that secures the claim: | $47,992.00 | $57,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**
**8950 Cypress Waters**
**Blvd**
**Coppell, TX 75019**

Number, Street, City, State & Zip Code

**423 Liberty Street Pittston, PA**
**18641  Luzerne County**
**Surrendering this property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

| Date debt was incurred | **Opened 10/05  Last Active 7/01/19** | Last 4 digits of account number | **3395** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Sharon Ann Yarosavich**                    Case number (if known) _____

First Name        Middle Name        Last Name

| 2.2 | **Wells Fargo Home Mor** | Describe the property that secures the claim: | $83,505.00 | $67,000.00 | $16,505.00 |

Creditor's Name

**Attn: Written
Corres/Bkcy
Mac#2302-04e Pob 10335
Des Moines, IA 50306**

Number, Street, City, State & Zip Code

| **134 Ann Street Pittston, PA 18643
Luzerne County** |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **First Mortgage**

| Date debt was incurred | **Opened
05/09  Last
Active
11/05/19** | Last 4 digits of account number | **8417** |

Add the dollar value of your entries in Column A on this page. Write that number here: | **$131,497.00** |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: | **$131,497.00** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Sharon Ann Yarosavich** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.

☐ Yes.

### Part 2:     List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| 4.1 | **Aes/pheaa** <br> Nonpriority Creditor's Name | Last 4 digits of account number    0004 | $2,134.00 |
| | **Attn: Bankruptcy** <br> **Po Box 2461** <br> **Harrisburg, PA 17105** <br> Number Street City State Zip Code | When was the debt incurred?    Opened 09/07  Last Active 9/28/19 | |
| | Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply | |
| | ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a  community debt | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Type of NONPRIORITY unsecured claim: <br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | ☐ Other. Specify _____ | |

**Student Loan**

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document      Page 40 of 73

| 4.2 | **Amex** | Last 4 digits of account number | **1623** | | **$995.00** |

Nonpriority Creditor's Name
**Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998**

When was the debt incurred?            **Opened 04/17  Last Active
10/27/19**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**
Is the claim subject to offset?               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                              report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **Credit Card**

---

| 4.3 | **Bank of America** | Last 4 digits of account number | **6949** | | **$11,486.00** |

Nonpriority Creditor's Name
**4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634**

When was the debt incurred?            **Opened 02/18  Last Active
10/19**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**
Is the claim subject to offset?               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                              report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **Credit Card**

---

| 4.4 | **Bank of America** | Last 4 digits of account number | **9100** | | **$9,183.00** |

Nonpriority Creditor's Name
**4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634**

When was the debt incurred?            **Opened 02/18  Last Active
09/19**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**
Is the claim subject to offset?               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                              report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **Credit Card**

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document      Page 41 of 73

| 4.5 | **Barclays Bank Delaware** | Last 4 digits of account number | **6557** | **$15,345.00** |

Nonpriority Creditor's Name
**Attn: Correspondence**
**Po Box 8801**
**Wilmington, DE 19899**

When was the debt incurred?    **Opened 09/17 Last Active 07/19**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.6 | **Capital One** | Last 4 digits of account number | **3957** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 10/11 Last Active 2/19/16**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.7 | **Chase Card Services** | Last 4 digits of account number | **3675** | **$5,263.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?    **Opened 09/14 Last Active 10/19**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.8 | **Citibank** | Last 4 digits of account number | **3547** | **$2,444.00** |

Nonpriority Creditor's Name
**Attn: Recovery/Centralized**
**Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **Opened 04/19  Last Active 9/08/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.9 | **Citibank/Goodyear** | Last 4 digits of account number | **3533** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **Opened 09/14  Last Active 01/15**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.10 | **Comenity Bank/Victoria Secret** | Last 4 digits of account number | **6650** | **$511.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **Opened 07/15  Last Active 10/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

| 4.1 1 | **Comenitybank/New York** | Last 4 digits of account number | **2640** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 18215
Columbus, OH 43218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 04/16  Last Active 9/22/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 2 | **Department of Education/Nelnet** | Last 4 digits of account number | **2605** | **$4,264.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Claims
Po Box 82505
Lincoln, NE 68501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 10/15  Last Active 10/18/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Student Loan**

---

| 4.1 3 | **Discover Financial** | Last 4 digits of account number | **1442** | **$9,406.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 10/14  Last Active 10/17/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document      Page 44 of 73

| 4.1 4 | **First Electronic Bank** | Last 4 digits of account number | **0623** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 521271
Salt Lake City, UT 84152**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**  **Opened 08/19  Last Active 10/19**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.1 5 | **Kohls/Capital One** | Last 4 digits of account number | **3677** | **$1,036.00** |

Nonpriority Creditor's Name
**Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**  **Opened 03/17  Last Active 10/19**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.1 6 | **Laurie Lindsey** | Last 4 digits of account number | **N/A** | **$25,000.00** |

Nonpriority Creditor's Name
**423 Liberty Street
Pittston, PA 18641**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**  **2018**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Case 5:19-bk-05412-RNO   Doc 1   Filed 12/20/19   Entered 12/20/19 05:23:01   Desc
Main Document    Page 45 of 73

| | |
|---|---|
| 4.1 7 | |

**Miramed Revenue Group**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**360 East 22nd Street**
**Lombard, IL 60148**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2844**                    **Unknown**

**When was the debt incurred?**   **Opened 8/14/15 Last Active 1/25/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| | |
|---|---|
| 4.1 8 | |

**P S E C U**

Nonpriority Creditor's Name

**Attention: Bankruptcy**
**Po Box 67013**
**Harrisburg, PA 17106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0009**                    **$5,037.00**

**When was the debt incurred?**   **Opened 09/09 Last Active 10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| | |
|---|---|
| 4.1 9 | |

**Synchrony Bank/ Old Navy**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3965**                    **Unknown**

**When was the debt incurred?**   **Opened 8/19/15 Last Active 2/16/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| 4.20 | | | |
|---|---|---|---|

**Synchrony Bank/Lowes**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **8739**        **Unknown**

**When was the debt incurred?**    **Opened 11/17 Last Active 6/06/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

| 4.21 | | | |
|---|---|---|---|

**Synchrony Bank/Sams**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **3487**        **Unknown**

**When was the debt incurred?**    **Opened 11/26/10 Last Active 1/07/14**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

| 4.22 | | | |
|---|---|---|---|

**Wells Fargo Bank NA**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**1 Home Campus Mac X2303-01a**
**Des Moines, IA 50328**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **5386**        **$1,115.00**

**When was the debt incurred?**    **Opened 07/18 Last Active 11/01/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document      Page 47 of 73

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 6,398.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 86,821.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 93,219.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sharon Ann Yarosavich** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **American Honda Finance**<br>**ATTN: Bankruptcy**<br>**P.O. Box 168088**<br>**Irving, TX 75016** | **Honda HRV** |

| Fill in this information to identify your case: |

| Debtor 1 | **Sharon Ann Yarosavich** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>City                    State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>City                    State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document    Page 50 of 73

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Sharon Ann Yarosavich** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Sales Manager** | |
| | Employer's name | **Bank of America** | |
| | Employer's address | **PA** | |
| | How long employed there? | **3 years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,298.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $ **3,298.00** | $ **N/A** |

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document    Page 51 of 73

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** .................................... | 4. | $ 3,298.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 708.00 | $ N/A |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| | 5e. **Insurance** | 5e. | $ 122.00 | $ N/A |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| | 5h. **Other deductions.** Specify: **Dental** | 5h.+ | $ 26.00 + | $ N/A |
| | **Vision** | | $ 7.00 | $ N/A |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 863.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ 2,435.00 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 1,000.00 | $ N/A |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $ 0.00 | $ N/A |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| | 8h. **Other monthly income.** Specify: **Fed. Inc. Tax Refund Pro-Rata 12 Months** | 8h.+ | $ 87.00 + | $ N/A |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,087.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,522.00 + $ N/A | = $ 3,522.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____            11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

| 12. | $ 3,522.00 |
|---|---|
| | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:

> **1. Debtor's $1,000/month alimony income will end February 2021**
>
> **2. Debtor's $599/mth tenant income will end since property is being surrendered.**

Fill in this information to identify your case:

Debtor 1  **Sharon Ann Yarosavich**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ **792.00** |
|  | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ **221.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ **65.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ **100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ **0.00** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.    Electricity, heat, natural gas | 6a. | $ | **185.00** |
| | 6b.    Water, sewer, garbage collection | 6b. | $ | **109.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **190.00** |
| | 6d.    Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ | **386.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **88.00** |
| 10. | **Personal care products and services** | 10. | $ | **43.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **65.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | 12. | $ | **260.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **15.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **75.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.   Life insurance | 15a. | $ | **100.00** |
| | 15b.   Health insurance | 15b. | $ | **0.00** |
| | 15c.   Vehicle insurance | 15c. | $ | **73.00** |
| | 15d.   Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | $ | **520.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c.   Other. Specify: | 17c. | $ | **0.00** |
| | 17d.   Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a.   Mortgages on other property | 20a. | $ | **0.00** |
| | 20b.   Real estate taxes | 20b. | $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify:    **Dr. Visit/Prescription Co-pays** | 21. | +$ | **175.00** |
| | **Pet Maintenance** | | +$ | **55.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **3,517.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **3,517.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,522.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **3,517.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **5.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: _____

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document     Page 54 of 73

| Fill in this information to identify your case: |

| Debtor 1 | **Sharon Ann Yarosavich** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | | | |

☐ Check if this is an
    amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Sharon Ann Yarosavich** _____    X _____
**Sharon Ann Yarosavich**                                    Signature of Debtor 2
Signature of Debtor 1

Date  **December 20, 2019** _____         Date _____

| | |
|---|---|
| Debtor 1 | **Sharon Ann Yarosavich** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

   ☐ Married
   ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** **(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips | $33,867.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** <br> Check all that apply. | **Gross income** <br> (before deductions and exclusions) | **Sources of income** <br> Check all that apply. | **Gross income** <br> (before deductions and exclusions) |
| **For the calendar year before that:** <br> (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips <br><br> ☐ Operating a business | $110,432.00 | ☐ Wages, commissions, bonuses, tips <br><br> ☐ Operating a business | |
| **For the calendar year:** <br> (January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips <br><br> ☐ Operating a business | $87,701.00 | ☐ Wages, commissions, bonuses, tips <br><br> ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** <br> Describe below. | **Gross income from each source** <br> (before deductions and exclusions) | **Sources of income** <br> Describe below. | **Gross income** <br> (before deductions and exclusions) |
| **For last calendar year:** <br> (January 1 to December 31, 2018 ) | Rental Income | $-8,932.00 | | |
| **For the calendar year before that:** <br> (January 1 to December 31, 2017 ) | Rental Income | $-12,975.00 | | |
| **For the calendar year:** <br> (January 1 to December 31, 2016 ) | Rental Income | $-8,794.00 | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ■  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Case 5:19-bk-05412-RNO    Doc 1    Filed 12/20/19    Entered 12/20/19 05:23:01    Desc
Main Document    Page 57 of 73

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|

### Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ■ No
   ☐ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

### Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person  Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **COLLEEN M. METROKA, ESQ 120 South Franklin Street Wilkes Barre, PA 18701** | $1525 | 2019 | $1,525.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ■ No
- ☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ **No. None of the above applies.  Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Part 12:**  Sign Below

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Sharon Ann Yarosavich

**Sharon Ann Yarosavich**                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **December 20, 2019**                                    Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sharon Ann Yarosavich** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Mr. Cooper** <br><br> Description of property securing debt: **423 Liberty Street Pittston, PA 18641 Luzerne County Surrendering this property** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ■ No <br><br> ☐ Yes |
| Creditor's name: **Wells Fargo Home Mor** <br><br> Description of property securing debt: **134 Ann Street Pittston, PA 18643 Luzerne County** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Continue to make payments** | ☐ No <br><br> ■ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Sharon Ann Yarosavich**                               X _____

**Sharon Ann Yarosavich**                                        Signature of Debtor 2
Signature of Debtor 1

Date    **December 20, 2019**                                   Date _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
</table>

Fill in this information to identify your case:

| Debtor 1 | **Sharon Ann Yarosavich** |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number (if known) | |

Check one box only as directed in this form and in Form 122A-1Supp:

- ☑ 1. There is no presumption of abuse
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 3,298.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 1,000.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 1,079.00 | | | |
| Ordinary and necessary operating expenses | -$ 1,079.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> | $ 0.00 | $ |

| 7. | **Interest, dividends, and royalties** | | $ 0.00 | $ |
|---|---|---|---|---|

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                                   $ _____ 0.00    $ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you                                              $ _____ 0.00

For your spouse                                      $ _____

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any retired
pay paid under chapter 61 of title 10, then include that pay only to the extent that it
does not exceed the amount of retired pay to which you would otherwise be entitled
if retired under any provision of title 10 other than chapter 61 of that title.        $ _____ 0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If necessary, list other
sources on a separate page and put the total below.

‎   Withdrew cash from life ins 10/19 _____   $ _____ 117.00    $ _____

_____   $ _____ 0.00    $ _____

Total amounts from separate pages, if any.        + $ _____ 0.00    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.    $ _____ 4,415.00   + $ _____   = $ _____ 4,415.00

**Total current monthly
income**

---

**Part 2:**   Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .................... **Copy line 11 here=>**    $ _____ 4,415.00

Multiply by 12 (the number of months in a year)                                    **x 12**

12b. The result is your annual income for this part of the form              12b. $ _____ 52,980.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                    **PA**

Fill in the number of people in your household.         **1**

Fill in the median family income for your state and size of household.        13. $ _____ 53,633.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
         Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
         Go to Part 3 and fill out Form 122A–2.

---

**Part 3:**   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Sharon Ann Yarosavich** _____

**Sharon Ann Yarosavich**
Signature of Debtor 1

Date **December 20, 2019**

MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Sharon Ann Yarosavich**  Case No. _____

Debtor(s)  Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,525.00** |
| Prior to the filing of this statement I have received | $ | **1,525.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor  ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 20, 2019**

*Date*

**/s/ Colleen Metroka, Esq**

**Colleen Metroka, Esq**
*Signature of Attorney*
**Colleen Marie Metroka, Esq.**
**120 South Franklin Street**
**Wilkes Barre, PA 18701**
**5705924796  Fax: 5703715409**
**attycoll@gmail.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Sharon Ann Yarosavich**                 Case No. _____

                                      Debtor(s)         Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **December 20, 2019**                     **/s/ Sharon Ann Yarosavich**

                                            **Sharon Ann Yarosavich**

                                            Signature of Debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy